Peter Stirba (#3118)
peter@stirba.com
STIRBA, P.C.
215 South State Street, Suite 750
Salt Lake City, UT 84110-0810
Telephone: 801-364-8355
Facsimile:  801-364-8300

*Attorneys for Plaintiff*

Jefferson W. Gross (#8339)
jwgross@grossrooney.com
Melinda Checketts (#6098)
mchecketts@grossrooney.com
GROSS & ROONEY
136 East South Temple, Suite 1500
Salt Lake City, UT 84111
Telephone: 801-935-4611
Facsimile:  801-935-4612

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERMAN G. SORENSEN, M.D.,<br><br>        Plaintiff,<br>v.<br><br>GERALD I. POLUKOFF, M.D., ZABRISKIE LAW FIRM, LLC, a Utah limited liability company, RHOME ZABRISKIE, J.D., FLEMING NOLEN & JEZ, L.L.P., a Texas limited liability partnership, and RAND P. NOLEN, J.D.,<br><br>        Defendants. | Central Division No. 2:18-CV-00067-TS-PW<br>Judge Ted Stewart<br>Magistrate Jared C. Bennett<br><br>**MOTION FOR DISCOVERY UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)**<br><br>**Oral Argument Requested**<br><br>**JURY DEMAND** |

Defendants filed a Motion for Partial Summary Judgment as to Counts I and II of the Revised Second Amended Complaint ("Complaint") (Dkt. 97).  For the reasons stated in Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment ("Opposition"), filed contemporaneously with this Motion, Defendants' Motion for Partial Summary Judgment should be denied.

However, because Plaintiff has not been permitted to conduct discovery, he is unable to fully present facts essential to his Opposition because those facts are in the exclusive custody and control of Defendants and/or in the exclusive custody and control of third parties. Significantly, requests for further discovery should ordinarily be treated liberally. *See, e.g. Comm. for First Amendment v. Campbell*, 962 F.2d 1517, 1522 (10th Cir. 1992). Moreover "summary judgment [should] be refused where the nonmoving party has not had the opportunity to discover information that is essential to his opposition." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 n.5, 106 S. Ct. 2505 1986).

Accordingly, pursuant to Federal Rule of Civil Procedure 56(d), and for the reasons stated in the Declaration of Melinda Checketts, filed concurrently herewith, Plaintiff moves this Court to deny, or defer consideration of Defendants' Motion for Partial Summary Judgment to allow time to conduct discovery.

DATED this 9th day of September, 2020.

GROSS & ROONEY

/s/   Melinda Checketts
*Attorneys for Plaintiff*